

**JAKUB P. MEDRALA, ESQ.**
Nevada Bar No. 12822
**The Medrala Law Firm Prof. LLC**
615 S. 6th Street
Las Vegas, Nevada 89101
(702) 475-8884
(702) 938-8625 Facsimile
jmedrala@medralaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS ZIRKIN, an Individual,<br><br>**Plaintiffs,**<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation; and USAA GENERAL INDEMNITY COMPANY, a Texas Corporation<br><br>**Defendants.** | CASE NO.: 2:22-cv-01627-JCM-DJA<br><br>**STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO FILE RESPONSE TO MOTION TO DISMISS** |

IT IS STIPULATED AND AGREED, by and between Plaintiff THOMAS ZIRKIN, and Defendant USAA GENERAL INDEMNITY COMPANY, that the deadline for the Plaintiff to file his response to USAA General Indemnity Company's Motion to Dismiss Plaintiff's Second Cause of Action and Motion to Strike Plaintiff's Request for Attorney's Fees (ECF No. 5) currently set for October 14, 2022, shall be continued to October 17, 2022.

1

Counsel for the Plaintiff requested a one-day extension due to unexpected urgent matter that he needs to attend to out of state that prevents him from finishing the response to the Defendant's motion.

Dated this 14th day of October 2022.   Dated this 14th day of October 2022.

/s/ Jakub P. Medrala   /s/ Mary E. Bacon, Esq.

**Jakub P. Medrala, Esq.**
615 S, 6th Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

**Mary E. Bacon, Esq.**
Nevada Bar No. 12686
300 S. 4th Street, Suite 950
Las Vegas, Nevada 89101
*Attorneys for Defendant USAA*

**ORDER**

**IT IS SO ORDERED.**

DATED: October 17, 2022

_____
**UNITED STATES DISTRICT JUDGE**