1  DARRELL D. DENNIS
   Nevada Bar No. 006618
2  KELLY M. SMITH
   Nevada Bar No. 9192
3  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
4  Las Vegas, Nevada 89118
   TEL: 702.893.3383 / FAX: 702.893.3789
5  E-Mail: Darrell.Dennis@lewisbrisbois.com
   E-Mail: Kelly.Smith@lewisbrisbois.com
6
7  *Attorneys for USAA General Indemnity Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS ZIRKIN, individually, | Case No.: 2:22-cv-01627-JCM-DJA |
| Plaintiff, | |
| v. | **SUBSTITUTION OF COUNSEL** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation; and USAA GENERAL INDEMNITY COMPANY; a Texas Corporation, | |
| Defendants. | |

   NOTICE IS HEREBY GIVEN that Defendant USAA GENERAL INDEMNITY COMPANY hereby substitutes the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, 6385 S. Rainbow Blvd., Suite 600, Las Vegas, NV 89118 as their counsel of record for said Defendant in the place and stead of SPENCER FANE LLP, 300 s. Fourth Street, Suite 950, , Las Vegas, NV 89101 in the above-entitled matter.

   DATED this  16th  day of February, 2023.

By *Wendi M. Boyd*
USAA General Indemnity Company

///
///
///
///

## CONSENT TO SUBSTITUTION

SPENCER FANE LLP hereby agrees and consents to the substitution of LEWIS BRISBOIS BISGAARD & SMITH LLP as counsel of record for Defendant USAA GENERAL INDEMNITY COMPANY in the above-entitled action

DATED this 13th day of February, 2023.

SPENCER FANE LLP

/s/ Mary Bacon
MARY E. BACON, ESQ.
Nevada Bar No. 12686
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone 702.408.3400

## ACCEPTANCE OF SUBSTITUTION

Kelly M. Smith, Esq., on behalf of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP. hereby agrees and consents to the substitution as counsel of record for Defendant USAA GENERAL INDEMNITY COMPANY.

DATED this 23rd day of February, 2023.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By  /s/ Kelly M. Smith
KELLY M. SMITH
Nevada Bar No. 9192
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383

*Attorneys for USAA GENERAL INDEMNITY COMPANY*

**IT IS SO ORDERED**.

DATED: February 24, 2023

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this **23rd** day of January, 2023, a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  /s/  Carrie S. Dunham
An Employee of LEWIS BRISBOIS BISGAARD & SMITH