RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Defendant,*
*State Farm Mutual Automobile Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS ZIRKIN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation; and USAA GENERAL INDEMNITY COMPANY; a Texas Corporation,<br><br>Defendants. | Case No.  2:22-cv-01627-JCM-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED between the parties, Plaintiff, Thomas Zirkin ("Plaintiff"), and Defendant, USAA General Indemnity Company ("USAA GIC"), and Defendant, State Farm Mutual Automobile Insurance Company ("State Farm") (collectively referred to as the "Parties"), by and through their undersigned counsel of record, that this matter

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

| Dated May 25, 2023 | Dated May 25, 2023 |
|---|---|
| HALL JAFFE & CLAYTON, LLP | THE MEDRALA LAW FIRM, PROF. LLC |
| /s/ Riley A. Clayton | /s/ Jakub P. Medrala |
| _____ | _____ |
| RILEY A. CLAYTON<br>Nevada Bar No. 005260<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Defendant, State Farm Mutual Automobile Insurance Company* | JAKUB P. MEDRALA<br>Nevada Bar No. 12822<br>615 S. 6th Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff* |
| Dated May 25, 2023<br><br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br><br>/s/ Steven C. Devney<br>_____<br>STEVEN C. DEVNEY<br>Nevada Bar No. 12728<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant, USAA General Indemnity Company* | |

**O R D E R**

**IT IS SO ORDERED.**

**Dated:** May 26, 2023

_____
**UNITED STATES DISTRICT COURT JUDGE**